Opinion filed May 24, 2007 

















 
 
  
 
 







 
 
  
 
 




Opinion filed May 24, 2007 

 

 

 

 

 

 

                                                                        In The

                                                                              

    Eleventh Court of Appeals

                                                                 ____________

 

                                                          No. 11-07-00080-CV 

                                                    __________

 

              FEDERATED
MUTUAL INSURANCE COMPANY,
Appellant

 

                                                             V.

 

                OAK PARK, INC., INDIVIDUALLY
AND D/B/A DESERT

                              SPRINGS MEDICAL CENTER,
Appellee

 



 

                                         On
Appeal from the 238th District Court

                                                         Midland
 County, Texas

                                                 Trial Court Cause No. CV44934

 



 

                                            M
E M O R A N D U M    O P I N I O N

The parties have filed in this case motions to
dismiss all appeals in this cause.  The
parties state in their respective motions that all issues in controversy have
been resolved.  The motions are granted.

The appeals are dismissed.

 

May 24,
2007                                                                          PER
CURIAM

Panel
consists of:  Wright, C.J.,

McCall, J., and Strange, J.